April 30, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

HAND & WRIST CENTER OF HOUSTON, P.A. AND SCA HOUSTON
HOSPITAL FOR SPECIALIZE SURGERY, L.P., Appellant

NO. 14-12-00089-CV                    V.

REPUBLIC SERVICES, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Republic Services, Inc., signed, January 6, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **MODIFY** the judgment of the court below to award prejudgment interest in the amount of $313.72 to Hand & Wrist; and to award prejudgment interest in the amount of $1,318.78 to SCA Hospital.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellee, Republic Services, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.